NUMBERS 13-03-401-CR and 13-03-402-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

PEDRO ANGEL ALONZO,                                                   Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 179th District Court of Harris County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Castillo
Opinion Per Curiam


         Appellant, PEDRO ANGEL ALONZO, attempts to appeal his convictions for
driving under the influence of drugs and burglary of a building. The trial court has
certified that each of appellant’s appeals “is a plea-bargain case, and the defendant
has NO right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On March 26, 2004, this Court notified appellant’s counsel of the trial court’s
certifications and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel’s
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certifications.
         On April 12, 2004, counsel filed a letter brief with this Court. Counsel’s
response fails to establish either that the certifications currently on file with this Court
are incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 20th day of May, 2004.